# ReedSmith

**Jennifer P. Knox**
Direct Phone: +1 215 851 8190
Email: JKnox@reedsmith.com

Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Tel +1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

September 3, 2014

**VIA ECF and U.S. FIRST CLASS MAIL**

Honorable Vincent L. Briccetti
United States District Judge
United States District Court for the
Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:    *Echevarria v. Bank of America Corporation, et al. (S.D.N.Y. Civil Action No. 7:14-cv-04171-VB/LS; Bankr. S.D.N.Y. Adv. Proc. No. 14-ap-08216)*

Dear Judge Briccetti:

Reed Smith LLP represents Defendants Bank of America Corporation, Bank of America, N.A. and FIA Card Services, N.A. ("Bank of America") in the above-referenced matter. We write to advise the Court of a recent development in the above-referenced adversary proceeding which is currently pending before Judge Drain.

On August 28, 2014, Judge Drain conducted a hearing on Bank of America's Motion to Dismiss the Plaintiff's Complaint (the "Motion"). At the conclusion of the oral argument on the Motion, Judge Drain granted the Defendants' Motion on the sole grounds that Plaintiff failed to state a claim, as set forth on the record. Judge Drain instructed Bank of America to submit a proposed form of Order granting the motion to dismiss the Complaint without prejudice consistent with his ruling and Defendants have done so. Plaintiff's counsel indicated at oral argument that they intend to file an Amended Complaint.

Respectfully submitted,

Jennifer P. Knox

cc:    The Honorable Robert D. Drain, U.S. Bankruptcy Judge (via ECF and First Class Mail)
George F. Carpinello, Esquire (via ECF)
Adam R. Shaw, Esquire (via ECF)
Charles Wayne Juntikka, Esquire (via ECF)
Mary J. Hackett, Esquire (via E-mail)