UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

MICHAEL ECHEVARRIA and BEBI
HANIFF,

                  Debtors.

------------------------------------------------------------x

MICHAEL ECHEVARRIA and BEBI
HANIFF, Debtors and Plaintiffs on behalf of
themselves and all others similarly situated,
                  Plaintiffs,

v.

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL
ASSOCIATION; and FIA CARD SERVICES,
N.A.,
                  Defendants.

------------------------------------------------------------x

**ORDER**

17 CV 8026 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/17

      The parties' joint motion to withdraw to this Court the reference of the class action

adversary proceeding, Adv. Proc. No. 14-08216 (RDD), to the Bankruptcy Court (Doc. #1), is

GRANTED for the reasons set forth in the joint motion.  28 U.S.C. § 157(d).

      By November 2, 2017, the parties shall submit a joint letter proposing an appropriate date

for a hearing on a motion for final approval of the class action settlement, as well as a schedule

for the submission of any motions or other papers related thereto.

      The Clerk is instructed to terminate the motion.  (Doc. #1).

Dated: October 26, 2017
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge